**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

TERESA KENNEDY,

    Plaintiff,

vs.

                              CASE NO.:  3:18-cv-616-J-39JRK

UPWELL HEALTH, LLC, d/b/a
DIABETIC CONNECT.

    Defendant.

---

**JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the undersigned parties to this action hereby stipulate to its voluntary dismissal, with each side bearing their own fees and costs.

Dated:  July 23, 2018

| | |
|---|---|
| */s/ Jeffery A. Backman* | */s/ Heather H. Jones* |
| Jeffery A. Backman, Esquire | Heather H. Jones, Esquire |
| Florida Bar No. 662501 | Florida Bar No.: 0118974 |
| Greenspoon Marder LLP | William Peerce Howard, Esq. |
| 200 East Broward Bvld. | Florida Bar No.:  0103330 |
| Ft. Lauderdale, FL 33301 | THE CONSUMER PROTECTION FIRM |
| (888) 491-1120 | 4030 Henderson Blvd. |
| Jeffery.Backman@gmlaw.com | Tampa, FL  33629 |
| Attorney for Defendant | Telephone: (813) 500-1500 |
| | Facsimile: (813) 435-2369 |
| | Billy@TheConsumerProtectionFirm.com |
| | Attorney for Plaintiff |