UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**TERESA KENNEDY,**

    **Plaintiff,**

v.                                         Case No. 3:18-cv-616-J-39JRK

**UPWELL HEALTH, LLC,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41 (Doc. No.16; Stipulation) filed on July 23, 2018. In the Stipulation, the parties state that they agree to the dismissal of this case. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1.     This case is **DISMISSED without prejudice.**

2.     Each party shall bear its own costs and fees.

3.     The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE and ORDERED** in Jacksonville, Florida this 30th day of July, 2018.

                                                          BRIAN J. DAVIS
                                                          United States District Judge

cs

Copies to:

Counsel of Record